COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Seal Security Solutions, LLC

Appellate case number:      01-22-00274-CV

Trial court case number:    2020-04316

Trial court:                11th District Court of Harris County

On April 11, 2022, relator, Seal Security Solutions, LLC, filed a petition for writ of mandamus challenging two March 21, 2022 trial court orders, including: (1) an order denying relator's "Motion to Sever Crossclaim for Breach of Contract, Indemnification and Defense Against [real party in interest] Sharpstown Civic Association, Inc.," and (2) an order denying relator's "Motion to Compel. . . Cell Phone Authorization[s]" from real parties in interest Leslie Nugent, Paul Kevin Nugent, and Michael Nugent.

The Court requests a response to the petition for a writ of mandamus from real party(ies) in interest. **The response if any, is due no later than twenty days from the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ April Farris_____
                   ☑ Acting individually    ☐ Acting for the Court

Date: ___April 14, 2022___